UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
In Re:                                                              Case No. 09-49095-JBR
                                                                    Chapter 11
    JOSEPH F. EWA, M.D., P.C.

                Debtor.
------------------------------------------------------X

## ORDER SCHEDULING HEARING ON MOTION TO SELL
## PROPERTY UNDER 11 U.S.C. § 363(b)

        WHEREAS, the Debtor filed a Motion to Sell Property under 11 U.S.C. § 363(b) (Docket No. 68) on August 24, 2010; it is hereby

        ORDERED, that the Court will hold a hearing before the Hon. Joel B. Rosenthal on the Debtor's Motion to Sell Property under 11 U.S.C. § 363(b) on **October 19, 2010 at 10 a.m.** at United States Bankruptcy Court, 271 Cadman Plaza East, Courtroom 3577 - 3rd Floor, Brooklyn, New York, 11201; and it is

        ORDERED, that all objections and/or counteroffers must be filed with the Court by October 12, 2010 at 4 p.m.; and it is

        ORDERED, that service of the Debtor's Motion shall be made upon all known creditors, parties in interest, and the United States Trustee in accordance with the Federal Rules of Bankruptcy Procedure and the E.D.N.Y. Local Bankruptcy Rules and completed by **September 1, 2010**; and it is

        ORDERED, that notice of the sale must be published twice prior to **September 19, 2010** and in accordance with the Federal Rules of Bankruptcy Procedure and the E.D.N.Y. Local Bankruptcy Rules and Administrative Orders.



Dated: August 25, 2010
Brooklyn, New York

                                                    */s/ Joel B. Rosenthal*
                                                    **Joel B. Rosenthal**
                                                    **United States Bankruptcy Judge**